No. 93–9293.  DICK *v.* YELLOW CAB CO. ET AL.  C. A. 7th Cir. Certiorari denied.

No. 93–9296.  BAKER *v.* KELLEY ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 93–9300.  YNFANTE *v.* UNITED STATES; and
No. 93–9328.  DELEON *v.* UNITED STATES.  C. A. D. C. Cir. Certiorari denied.

No. 93–9301.  PEREZ-TORRES *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 93–9303.  MUNOZ *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 93–9305.  OCCHINO *v.* LANNON ET AL.  C. A. 8th Cir. Certiorari denied.

No. 93–9308.  GIBBS *v.* OKLAHOMA DEPARTMENT OF HUMAN SERVICES, AFFIRMATIVE ACTION UNIT.  Ct. App. Okla.  Certiorari denied.

No. 93–9309.  BOOKER HARPER *v.* PEARSON, CIRCUIT JUDGE, CIRCUIT COURT OF ARKANSAS, CRAIGHEAD COUNTY.  Sup. Ct. Ark.  Certiorari denied.

No. 93–9311.  KRAFT *v.* EKCO HOUSEWARES CO.  C. A. 7th Cir. Certiorari denied.

No. 93–9313.  GILBERT *v.* CALIFORNIA PUBLIC UTILITIES COMMISSION ET AL.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 93–9314.  GABRELIAN *v.* GABRELIAN.  Ct. App. N. Y. Certiorari denied.

No. 93–9317.  NEWTON *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 93–9318.  LEAKE *v.* NORTHERN VIRGINIA ASSOCIATION OF REALTORS.  C. A. 4th Cir.  Certiorari denied.